United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YUSNIEL RUIZ-GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01938 |
| | § | |
| GABRIEL MARTINEZ, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

The petitioner, Yusniel Ruiz-Gomez, filed this petition to challenge his ongoing immigration custody. Respondents move to dismiss this case as moot, Doc. No. 5, and advise the Court that Petitioner has agreed to depart the United States voluntarily on or around June 25, 2026. Doc. No. 7. Petitioner did not respond to the motion to dismiss and does not dispute that this case is moot.

Because no viable controversy remains, his petition must be dismissed as moot. *See Spencer v. Kemna*, 118 S. Ct. 978, 983 (1998) (holding that a case becomes moot if it "no longer present[s] a case or controversy under Article III, § 2 of the Constitution" because "[t]he parties must continue to have a 'personal stake in the outcome' of the lawsuit'") (quoting *Lewis v. Cont'l Bank Corp.*, 110 S. Ct. 1249, 1254 (1990)).

Therefore, the Court **ORDERS** as follows:

1. Respondents' motion to dismiss (Doc. No. 5) is **GRANTED**.

2. This habeas petition is **DISMISSED** without prejudice as **MOOT.**

1 / 2

3.  All pending motions, if any, are **DENIED as MOOT.**

4.  This case is **CLOSED.**

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this _____8ᵗʰ_____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

2 / 2